# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 236 WAL 2016

           Respondent    :

                            :    Petition for Allowance of Appeal from

                            :    the Order of the Superior Court

        v.                   :

ANTHONY MCCAULEY,             :

           Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.